**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-6360**

JUAN CARLOS CRUZ,

Petitioner - Appellant,

versus

UNITED STATES OF AMERICA; JOHN L. LAMANNA,
Warden,

Respondents - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  R. Bryan Harwell, District Judge.
(0:05-cv-02428-RBH)

Submitted: July 19, 2007          Decided:  July 24, 2007

Before MOTZ and GREGORY, Circuit Judges, and WILKINS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Juan Carlos Cruz, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Juan Carlos Cruz, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. See Cruz v. United States, No. 0:05-cv-02428-RBH (D.S.C. filed Jan. 31, 2007; entered Feb. 1, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED